UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GABRIEL ESPINOZA RIVERA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:25-cv-00546-MPB-MKK |
| PAM BONDI US Attorney General, *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

After this habeas corpus case was transferred in from the Northern District of Illinois, the Court directed the petitioner to file an amended petition identifying his current place of detention and accounting for any developments in his situation. Dkt. 14. That deadline passed without action by the petitioner. This case is therefore **dismissed without prejudice**. The **clerk is directed** to enter **final judgment**.

IT IS SO ORDERED.

Dated: November 20, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

AUSA - Chicago
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604

Brandon Carter
Global Periphery LLC
1010 Lake st.
Ste 200
Oak Park, IL 60301

Craig Arthur Oswald
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604

Joshua Samuel Press
DOJ-USAO
Joshua.press@usdoj.gov