UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GABRIEL ESPINOZA RIVERA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:25-cv-00546-MPB-MKK |
| | ) |
| PAM BONDI US Attorney General, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER GRANTING MOTION TO RECONSIDER AND VACATING FINAL JUDGMENT**

On October 2, 2025, Petitioner Gabriel Espinoza Rivera filed a petition for a writ of habeas corpus in the Northern District of Illinois asserting—among other arguments—that his continued detention by ICE violates the Immigration and Nationality Act and his Fifth Amendment due process rights because he was arrested without a warrant or probable cause and has been detained without receiving a notice to appear, a pending removal proceeding, or an opportunity for judicial review. Dkt. 1 (citing *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Demore v. Kim*, 538 U.S. 510 (2003)). The case was transferred to this Court on November 3, 2025. Dkt. 11. On November 4, the Court ordered Petitioner to file an amended petition by November 10. Dkt. 14. On November 15, the Court dismissed the petition without prejudice for failure to comply with the Court's order and entered final judgment. Dkts. 15, 16. On November 25, the Court directed Petitioner to move for relief from judgment and file an amended petition by December 12. Dkt. 19.

On December 10, Petitioner filed a motion to reconsider the denial of his petition, representing that counsel did not receive timely notice of the Court's prior order. Dkt. 20 at 2. He reiterated his argument that his continued detention remains unlawful because ICE may not detain aliens without a warrant, probable cause, or service of a notice to appear, and that prolonged pre-notice to appear detention violates the Immigration and Nationality Act. *Id.* (citing *Ochoa Ochoa*

*v. Noem*, 2025 WL 2938779 (N.D. Ill. Oct. 16, 2025); *H.G.V.U. v. Smith*, 2025 WL 2962610 (N.D. Ill. Oct. 20, 2025); *Mariano Miguel v. Bondi*, No. 25 C 11137 (N.D. Ill. Oct. 21, 2025)). The Court takes judicial notice that the ICE locator (found at https://locator.ice.gov/odls/#/search) indicates Petitioner is currently in the physical custody of the Marion County Sheriff's Department.[1]

For good cause shown, the Court **vacates** the final judgment, dkt. [16], entered November 20, 2025. Petitioner's motion to reconsider, dkt. [20], is **granted**.

**IT IS SO ORDERED.**

Dated: December 12, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Brandon Carter
Gpllc
1010 Lake St.
Ste 200
Oak Park, IL 60301
bcarter@globalperiphery.com

AUSA - Chicago
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604

Craig Arthur Oswald
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604

Joshua Samuel Press
U.S. Attorney's Office - Northern District of Illinois
Joshua.press@usdoj.gov

---

[1] The Court's November 4 Order directed Petitioner to file an amended petition "addressing the current status of his confinement." Dkt. 14. Although Petitioner has not done so with respect to his actual physical custodian, the Court sees no reason why this matter should be further delayed.