UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GABRIEL ESPINOZA RIVERA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:25-cv-00546-MPB-MKK |
| | ) |
| PAM BONDI Attorney General of the United States, et al., | ) |
| | ) |
| Respondents. | ) |

**Amended Final Judgment**

The Court grants the petition for writ of habeas corpus to the extent that no later than 5:00 p.m. on January 7, 2026, Respondents must either provide Mr. Espinoza-Rivera with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a); or release him from custody, under reasonable conditions of supervision. The Court now enters final judgment.

Dated: January 22, 2026

*[Signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____*[Signature]*_____
Deputy Clerk, U.S. District Court

Distribution:

All Electronically Registered Counsel